[No. 14811-1-II. Division Two. September 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL STEWART MCCOLLUM, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 90-1-00074-5, Ted Kolbaba, J., entered March 14, 1991. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Morgan, J., and Petrich, J. Pro Tem.

[No. 15109-0-II. Division Two. September 27, 1993.]

FOSS CAR AUDIO AND MOTORING ACCESSORIES, INC., *Appellant*, v. THE MUSIC MACHINE ALTERNATIVE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-05548-1, Waldo F. Stone, J., entered June 4, 1991. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Seinfeld, J., and Green, J. Pro Tem.

[Nos. 14595-2-II; 14597-9-II. Division Two. September 28, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN EUGENE DAVIS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. TODD B. PERKINS, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 90-1-02715-7, 90-1-02716-5, Terry D. Sebring, J., entered January 8, 1991. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Morgan and Seinfeld, JJ.